UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2013 APR -2 P 2:06
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PAUL M JONES**

**Plaintiff**                                                                  Civil Action No.

V.                                                                  1:13-cv 10633-JCB

**ALLIED ENTERSTATE LLC**

## MOTION TO DISMISS

Plaintiff moves the court to Dismiss this case titled Paul Jones v Allied Enterstate LLC on the 1st day of April 2013.

Plaintiff and Defendant has settled the matter as of Saturday March 30, 2013, Plaintiff request the Court to dismiss case number **1:13-cv 10633-JCB with prejudice.**

Date: April 2, 2013

Respectfully Submitted,

Paul Jones

### CERTIFICATE OF SERVICE

I certify that on April 1, 2013, I mailed a copy to Defendant Allied Enterstate LLC. by United States Postal Service to Allied Enterstate LLC. 12755 State Highway 55, Suite 300 Plymouth, MN 55441.

Respectfully Submitted,

Paul Jones